

# Fourth Court of Appeals
## San Antonio, Texas

April 13, 2022

No. 04-21-00588-CR

Thomas Peter **CORTEZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR9005
Honorable Melisa C. Skinner, Judge Presiding

# O R D E R

Appellant's brief was due on April 8, 2022 and was not filed. On April 12, 2022, appellant's appointed counsel, Richard E. Langlois, filed a motion in this court requesting to withdraw as appellate counsel for medical reasons. After consideration, we **GRANT** counsel's motion. Because appellant is indigent, new appellate counsel must be appointed.

Accordingly, we **ORDER** this appeal **ABATED** and **REMANDED** to the trial court for appointment of new appellate counsel by **April 28, 2022**. *See Duncan v. State*, 653 S.W.2d 38, 40 (Tex. Crim. App. 1983) (holding that appellate courts may abate appeals so that trial court can assure appellant has effective assistance of counsel). We further **ORDER** the trial court clerk to file a supplemental clerk's record containing the trial court's order appointing new appellate counsel in this court by **May 13, 2022**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court